UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUM LODGE, LLC,<br><br>           Petitioner,<br><br>v.<br><br>MARTEL CONSTRUCTION, INC.,<br><br>           Respondent. | CASE NO. 2:24-CV-00219-WBS-JDP_____<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Hon. William B. Shubb |

**ORDER**

Having reviewed the Stipulation to Extend the Deadline for Petitioner Drum Lodge, LLC to Respond to Respondent Martel Construction, Inc.'s Motion to Dismiss, submitted by Petitioner and Respondent on February 21, 2024:

IT IS HEREBY ORDERED THAT the deadline for Petitioner to respond to Respondent's Motion to Dismiss is hereby extended to February 27, 2024.  Martel's Reply will be due March 13, 2024.

Dated:   February 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE