UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUM LODGE, LLC,<br><br>              Petitioner,<br><br>v.<br><br>MARTEL CONSTRUCTION, INC.,<br><br>              Respondent. | CASE NO. 2:24-CV-00219-WBS-JDP_____<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR MARTEL CONSTRUCTION, INC.'S MOTION FOR ATTORNEY FEES** |

**ORDER**

Having reviewed the Stipulation to Extend the Briefing Schedule on Martel Construction, Inc.'s Motion for Attorneys Fees, submitted by Petitioner and Respondent on May 9, 2024:

IT IS HEREBY ORDERED THAT the deadline for Drum Lodge, LLC to respond to Martel Construction, Inc.'s Motion for Attorneys Fees is hereby extended to May 23, 2024.  Martel's Reply will be due June 4, 2024.

Dated:  May 13, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE