UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUM LODGE, LLC,<br><br>             Petitioner,<br><br>v.<br><br>MARTEL CONSTRUCTION, INC.,<br><br>             Respondent. | CASE NO. 2:24-CV-00219-WBS JDP<br><br>**ORDER GRANTING STIPULATION RE: DEADLINE FOR MARTEL CONSTRUCTION, INC.'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>Hon. William B. Shubb |

**ORDER**

Having reviewed the Stipulation to extend the time for Martel Construction, Inc. to file its Motion for Attorneys' Fees and Bill of Costs.

IT IS HEREBY ORDERED THAT the deadline for Martel Construction, Inc. to file its Motion for Attorneys' Fees and Bill of Costs is hereby extended to July 28, 2025.

Dated: July 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-