**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DRUM LODGE, LLC,<br><br>      Petitioner,<br><br>      v.<br><br>MARTEL CONSTRUCTION, INC.<br><br>      Respondent. | No. 2:24-cv-00219-WBS-JDP<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Hon. William B. Schubb |

Pursuant to the Stipulated Motion to Dismiss with Prejudice (Doc. 41), filed August 5, 2025, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action between Petitioner Drum Lodge, LLC and Respondent Martel Construction, Inc. is dismissed with prejudice.

IT IS HEREBY ORDERED that the parties shall bear and pay all costs and expenses incurred or to be incurred by them respectively in connection with the action.

Dated:  August 8, 2025

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE